UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK WALLESTON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY,[1] )<br>Commissioner, )<br>Social Security Administration, )<br>)<br>    Defendant. ) | CIV. NO.1:23-CV-12150-RGS |

### STIPULATION AS TO ATTORNEY'S FEES

Now come the parties, by and through undersigned counsel, and pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, hereby stipulate and agree to a lump sum payment of said fees in the amount of $1200.00 in full settlement and satisfaction of any and all claims in this action to date. In *Astrue v. Ratliff,* 560 U.S. 586 (2010), the Supreme Court ruled that attorney fees awarded under the EAJA are payable to the prevailing party and not to the prevailing party's attorney. Any fees awarded under the EAJA are subject to offset under the Treasury Offset Program if the prevailing party owes a debt to the government at the time the EAJA fees are awarded. As a convenience to Plaintiff's counsel, the Commissioner will accept an assignment of EAJA fees by the Plaintiff to Plaintiff's counsel and pay EAJA fees directly to Plaintiff's counsel if it is subsequently established by the Secretary of the Treasury that the prevailing party owes no debt to the government that would be subject to offset under the Treasury Offset Program.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                    Respectfully submitted,

                                    MARTIN O'MALLEY,
                                    Commissioner,
                                    Social Security Administration

                                    By his attorney,

                                    JOSHUA S. LEVY,
                                    Acting United States Attorney

By:   */s/ Amy C. Bland*
       Amy C. Bland (BBO No. 654223)
       Special Assistant United States Attorney
       Office of Program Litigation, Office 1
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       (617) 565-1835
       amy.bland@ssa.gov
       COUNSEL FOR DEFENDANT

OF COUNSEL:
Michael J. Pelgro
Associate General Counsel
Office of Program Litigation, Office 1
Social Security Administration

                                    */s/ Joseph M. Paladino*
                                    Joseph M. Paladino, Esq.
                                    COUNSEL FOR PLAINTIFF

Dated: January 12, 2024

      The foregoing Stipulation is hereby approved this __22d__ day of __January__, 2024. So Ordered.

                                      _____
                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE